IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**ABC DIAMONDS INC.,**
Individually and on behalf of all others similarly situated

        Plaintiff,         **CLASS ACTION**

   v.         **JURY TRIAL DEMANDED**

**THE HARTFORD FINANCIAL SERVICES GROUP, INC., and HARTFORD CASUALTY INSURANCE COMPANY**

        Defendants.

**<u>AFFILIATE DISCLOSURE STATEMENT PURSUANT TO LOCAL RULE 3.2</u>**

Plaintiff, ABC Diamonds Inc., hereby states that it does not have any publicly-held affiliates.

Dated: December 1, 2020        Respectfully submitted,

        <u>/s/ Lisa B. Weinstein</u>
        Lisa B. Weinstein
        M. Elizabeth Graham**
        Adam J. Gomez**
        **GRANT & EISENHOFER P.A.**
        30 N. LaSalle Street, Suite 2350
        Chicago, IL 60602
        T: (312) 610-5350
        lweinstein@gelaw.com
        egraham@gelaw.com
        agomez@gelaw.com

        ** *Pro Hac Vice* Forthcoming
        *Attorneys for the Plaintiff and Putative Class*