IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC DIAMONDS INC.,<br>Individually and on behalf of all others similarly situated<br><br>                                   Plaintiff,<br><br>v.<br><br>THE HARTFORD FINANCIAL SERVICES GROUP, INC., and HARTFORD CASUALTY INSURANCE COMPANY<br><br>                                   Defendant. | Case No. 1:20-cv-07097<br><br>Hon. Gary Feinerman<br><br>**ORAL ARGUMENT REQUESTED** |

**HARTFORD CASUALTY INSURANCE COMPANY'S MOTION TO DISMISS
PLAINTIFF'S FIRST AMENDED CLASS ACTION COMPLAINT**

      Defendant Hartford Casualty Insurance Company ("HCIC") files this Motion to Dismiss Plaintiff ABC Diamonds Inc.'s ("Plaintiff") First Amended Class Action Complaint ("FAC") with prejudice for failure to state a claim under Rule 12(b)(6) for the reasons set forth in its accompanying Memorandum in Support of Motion to Dismiss which is incorporated by reference herein.

      Counsel for HCIC conferred with counsel for Plaintiff and counsel for Plaintiff represented that Plaintiff does not agree to this Motion.

      WHEREFORE, HCIC respectfully requests that the Court grant this Motion and dismiss Plaintiff's FAC with prejudice.

[*signature follows*]

Dated: February 16, 2021                    Respectfully submitted,

By:   */s/ Anthony J. Anscombe*
Anthony J. Anscombe (IL #6257352)
Cara A. Lawson (IL #6324220)
STEPTOE & JOHNSON LLP
227 West Monroe Ave., Suite 4700
Chicago, IL 60606
(312) 577-1300
aanscombe@steptoe.com
clawson@steptoe.com

Sarah D. Gordon (*pro hac vice* forthcoming)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 429-3000
sgordon@steptoe.com

*Counsel for Hartford Casualty Insurance Company*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 16th day of February 2021, I electronically filed **Hartford Casualty Insurance Company's Motion to Dismiss Plaintiff's First Amended Class Action Complaint** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

Lisa B. Weinstein
M. Elizabeth Graham
Adam J. Gomez
GRANT & EISENHOFER P.A.
30 N. LaSalle, Suite 2350
Chicago, IL 60602
lweinstein@gelaw.com
egraham@gelaw.com
agomez@gelaw.com

                                                  */s/ Anthony J. Anscombe*
                                                   Anthony J. Anscombe