IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ABC DIAMONDS INC.,<br>Individually and on behalf of all others similarly situated<br><br>                              Plaintiff,<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY,<br><br>                              Defendant. | Case No. 1:20-cv-07097<br><br>Hon. Gary Feinerman<br><br>**ORAL ARGUMENT REQUESTED** |

## HARTFORD CASUALTY INSURANCE COMPANY'S MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED CLASS ACTION COMPLAINT

Defendant Hartford Casualty Insurance Company ("HCIC") files this Motion to Dismiss Plaintiff ABC Diamonds Inc.'s ("Plaintiff") Second Amended Class Action Complaint ("SAC") with prejudice for failure to state a claim under Rule 12(b)(6) for the reasons set forth in its accompanying Memorandum in Support of Motion to Dismiss which is incorporated by reference herein.

WHEREFORE, HCIC respectfully requests that the Court grant this Motion and dismiss Plaintiff's SAC with prejudice.

[*signature follows*]

| | |
|---|---|
| Dated: May 21, 2021 | Respectfully submitted, |

<div style="margin-left:50%">

By:   /s/ *Anthony J. Anscombe*
Anthony J. Anscombe (IL #6257352)
Cara A. Lawson (IL #6324220)
STEPTOE & JOHNSON LLP
227 West Monroe Ave., Suite 4700
Chicago, IL 60606
(312) 577-1300
aanscombe@steptoe.com
clawson@steptoe.com

Sarah D. Gordon (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036
(202) 429-3000
sgordon@steptoe.com

*Counsel for Hartford Casualty Insurance Company*

</div>

## **CERTIFICATE OF SERVICE**

      I hereby certify that on the 21st day of May, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                          */s/ Anthony J. Anscombe*
                                          Anthony J. Anscombe