# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

ABC Diamonds Inc.

                                           Plaintiff,

v.                                               Case No.: 1:20−cv−07097
                                                       Honorable Gary Feinerman

Hartford Financial Services Group, Inc., et al.

                                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 3, 2022:

       MINUTE entry before the Honorable Gary Feinerman:Plaintiff has not filed a third amended complaint. Accordingly, this case is dismissed with prejudice. Enter judgment order. The status hearing set for 1/11/2022 [43] is stricken. Civil case closed.Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.