# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

ABC Diamonds Inc. ,

Plaintiff(s),

v.

Hartford Financial Services Group, Inc. et al,

Defendant(s).

Case No. 20 C 7097
Judge Gary Feinerman

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendant Hartford Casualty Insurance Company and against Plaintiff ABC Diamonds Inc. This case is dismissed with prejudice, and Plaintiff shall take no relief.

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Gary Feinerman.

Date:   1/3/2022                                          Thomas G. Bruton, Clerk of Court

                                                          /s/  Jackie Deanes , Deputy Clerk