# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| **ABC DIAMONDS INC.,** ) <br> Individually and on behalf of all others ) <br> similarly situated ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> **HARTFORD CASUALTY** ) <br> **INSURANCE CO.** ) <br> ) <br> Defendant. ) | Case No. 1:20-cv-07097 <br><br> Honorable Gary Feinerman |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, ABC DIAMONDS INC., hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Memorandum Opinion and Order granting Defendant's Rule 12(b)(6) Motion to Dismiss entered in this action on December 10, 2021.

Dated: January 7, 2022

Respectfully submitted,

/s/ *Lisa B. Weinstein*
Lisa B. Weinstein
M. Elizabeth Graham
Adam J. Gomez
GRANT & EISENHOFER P.A.
30 N. LaSalle Street, Suite 2350
Chicago, IL 60602
T: (312) 610-5350
lweinstein@gelaw.com
egraham@gelaw.com
agomez@gelaw.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on January 7, 2022, I caused a true and correct copy of the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system, which sent notification of such filing to the following:

Anthony J. Anscombe
Cara A. Lawson
STEPTOE & JOHNSON LLP
227 West Monroe Ave., Suite 4700
Chicago, IL 60606

Sarah D. Gordon
STEPTOE & JOHNSON LLP
1330 Connecticut Avenue, NW
Washington, D.C. 20036

                        By:   */s/ Lisa B. Weinstein*
                                  Lisa B. Weinstein