# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

June 3, 2022

Before

MICHAEL B. BRENNAN, *Circuit Judge*
MICHAEL Y. SCUDDER, *Circuit Judge*
AMY J. ST. EVE, *Circuit Judge*

| | |
|---|---|
| No. 22-1026 | ABC DIAMONDS INCORPORATED, Individually and on behalf of all others similarly situated, Plaintiff - Appellant<br><br>v.<br><br>HARTFORD CASUALTY INSURANCE COMPANY, Defendant - Appellee |
| **Originating Case Information:** | |
| District Court No: 1:20-cv-07097<br>Northern District of Illinois, Eastern Division<br>District Judge Gary Feinerman | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

Clerk of Court

form name: **c7_FinalJudgment**     (form ID: **132**)